626

408 A.2d 536

Commonwealth v. Amato, Appellant.

Petition for Allowance of Appeal Granted Dec. 19, 1979.

 Submitted September 15, 1978.  H. Amos Goodall, Assistant Public Defender, for appellant; David E. Grine, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

408 A.2d 536

Commonwealth v. Austin, Appellant.

 Submitted September 15, 1978.  Philip D. Lauer, for appellant; Michael E. Moyer, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.